IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Davis, Carol Y | Case Number: 06 B 13115 |
| | Judge: Wedoff, Eugene R |
| Printed: 1/22/08 | Filed: 10/13/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: November 5, 2007
Confirmed: November 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,606.10 | |
| Secured: | | 395.58 |
| Unsecured: | | 1,487.31 |
| Priority: | | 0.00 |
| Administrative: | | 2,439.00 |
| Trustee Fee: | | 232.52 |
| Other Funds: | | 51.69 |
| Totals: | 4,606.10 | 4,606.10 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 165.00 | 165.00 |
| 2. | Robert J Semrad & Associates | Administrative | 2,274.00 | 2,274.00 |
| 3. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual Bank FA | Secured | 17,909.46 | 395.58 |
| 5. | Nuvell Credit Company LLC | Unsecured | 2,353.94 | 998.72 |
| 6. | Asset Acceptance | Unsecured | 35.25 | 0.00 |
| 7. | Capital One | Unsecured | 587.00 | 249.05 |
| 8. | RJM Acquisitions LLC | Unsecured | 20.03 | 0.00 |
| 9. | Geico Direct | Unsecured | 207.21 | 87.91 |
| 10. | B-Line LLC | Unsecured | 34.09 | 0.00 |
| 11. | B-Line LLC | Unsecured | 15.00 | 0.00 |
| 12. | B-Line LLC | Unsecured | 123.42 | 52.36 |
| 13. | Peoples Energy Corp | Unsecured | 10.86 | 0.00 |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | 234.00 | 99.27 |
| 15. | Aspire Visa | Unsecured | | No Claim Filed |
| 16. | Park Dansan | Unsecured | | No Claim Filed |
| 17. | Bank Of America | Unsecured | | No Claim Filed |
| 18. | Fingerhut | Unsecured | | No Claim Filed |
| 19. | First Midwest Bank | Unsecured | | No Claim Filed |
| 20. | First Revenue Assurance | Unsecured | | No Claim Filed |
| 21. | First Revenue Assurance | Unsecured | | No Claim Filed |
| 22. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 23. | Jeffcapsys | Unsecured | | No Claim Filed |
| 24. | Jeffcapsys | Unsecured | | No Claim Filed |
| 25. | Park Dansan | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Davis, Carol Y | Case Number:  06 B 13115 |
| | Judge:  Wedoff, Eugene R |
| Printed:  1/22/08 | Filed:  10/13/06 |

| | | | |
|---|---|---|---|
| 26.  Z-Tel Communications Inc | Unsecured | | No Claim Filed |
| 27.  The Bureau Inc | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 23,969.26 | $ 4,321.89 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 107.07 |
| 5.4% | 125.45 |
| | _____ |
| | $ 232.52 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_